EFFIE F. DENNISON, respondent,

*v.*

WILBUN N. DENNISON, appellant.

[Decided May 17th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Berry, whose opinion is reported in *98 N. J. Eq. 230.*

*Messrs. Lehlbach, Johnson & Ormond,* for the respondent.

*Mr. Hugo Woerner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.